# Court of Appeals
# of the State of Georgia

ATLANTA,___August 05, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1939. JAMES D. CUNNINGHAM v. JENNIFER LEIGH HALL.

James D. Cunningham filed a pro se personal injury action against Jennifer Leigh Hall. Cunningham filed several motions that were denied by the trial court. Cunningham requested a certificate of immediate review, which the trial court denied on August 11, 2014. Thereafter, the trial court conducted a pre-trial hearing that Cunningham failed to attend. The court thus dismissed the action without prejudice on September 8, 2014. On September 10, 2014, Cunningham filed a notice of appeal, seeking to appeal the August 11, 2014 order. We, however, lack jurisdiction.

"Where the notice of appeal specifies that the appeal is taken from an order which is not appealable and where the appeal is in fact taken from such an order, the appeal is subject to dismissal." (Punctuation omitted.) *Richardson v. General Motors Corp.*, 221 Ga. App. 583 (472 SE2d 143) (1996). Here, the notice of appeal specifies that Cunningham seeks to appeal the August 11, 2014 order, which denied a request for a certificate of immediate review. But the denial of a certificate of immediate review is not appealable to this Court. *Price v. State*, 237 Ga. 352 (227 SE2d 368) (1976). Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*_____08/05/2015_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*